UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,            )<br>                                   )<br>                  Plaintiff,      )<br>                                   )<br>           v.                      )<br>                                   )<br>AGFA-GEVAERT N.V. and              )<br>AGFA CORPORATION,                  )<br>                                   )<br>                  Defendants.     )  | Civil Action No. 02-CV-6564 T-F |

**ORDER SEALING DOCUMENTS AND PERMITTING MANUAL FILING**

Defendants, having submitted an application pursuant to Local Rule 5.4 to seal Defendants' Answers to Plaintiff's Amended Complaint on the grounds that documents and statements from documents referred to in the Amended Complaints are confidential and protected by a Stipulated Protective Order signed by the Hon. Jonathon Feldman, United States Magistrate Judge on May 5th, 2003 and the Court having found good cause to grant this application, it is therefore

ORDERED, that the following documents be sealed and protected from public access:

1. Defendant Agfa-Gevaert N.V.'s Answer to Plaintiff's Amended Complaint;

2. Defendant Agfa Corporation's Answer to Plaintiff's Amended Complaint.

Dated: ___August 1___, 2005

S/MICHAEL A. TELESCA
_____
MICHAEL A. TELESCA, U.S.D.J