UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 02-CV-6564 T-F |
| | ) |
| AGFA-GEVAERT N.V. and | ) |
| AGFA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**ORDER SEALING DOCUMENTS AND PERMITTING MANUAL FILING**

Defendants, having submitted an application pursuant to Local Rule 5.4 to seal various papers submitted in support of Defendants' Second Motion for Partial Summary Judgment on the Issues of Marking and Notice on the grounds that documents and statements from documents referred to are "confidential" and "highly confidential" and protected by a Stipulated Protective Order signed by the Hon. Jonathon Feldman, United States Magistrate Judge on May 5th, 2003 and the Court having found good cause to grant this application, it is therefore

ORDERED, that the following documents be sealed and protected from public access and may be filed manually:

1. Defendants' Memorandum of Law in support of Second Motion for Partial Summary Judgment on the Issues of Marking and Notice;

2. Defendants' Statement of Undisputed Material Facts in support of Second Motion for Partial Summary Judgment on the Issues of Marking and Notice;

3.  Defendants' Joint Appendix of Exhibits in support of Second Motion for Partial Summary Judgment on the Issues of Marking and Notice.

Dated:  April 12, 2006

    S/ MICHAEL A. TELESCA

    MICHAEL A. TELESCA, U.S.D.J