UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 02-CV-6564 T-F |
| ) | |
| AGFA-GEVAERT N.V. and ) | |
| AGFA CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**ORDER SEALING DOCUMENTS AND PERMITTING MANUAL FILING**

Defendants, having submitted an application pursuant to Local Rule 5.4 to seal various papers submitted in support of Defendants' Renewed Motion for Partial Summary Judgment on The Issue of Laches on the grounds that documents and statements from documents referred to are "confidential" and "highly confidential" and protected by a Stipulated Protective Order signed by the Hon. Jonathon Feldman, United States Magistrate Judge on May 5th, 2003 and the Court having found good cause to grant this application, it is therefore

ORDERED, that the following documents be sealed and protected from public access and may be filed manually:

1. Defendants' Memorandum of Law in support of Renewed Motion for Partial Summary Judgment on the Issue of Laches;

2. Defendants' Statement of Undisputed Material Facts in support of Renewed Motion for Partial Summary Judgment on the Issue of Laches;

3.  Defendants' Joint Appendix of Exhibits in support of Renewed Motion for Partial Summary Judgment on the Issue of Laches.

Dated:  April 12, 2006

                                                  S/ MICHAEL A. TELESCA
                                                  MICHAEL A. TELESCA, U.S.D.J