UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

EASTMAN KODAK COMPANY,

                     Plaintiff,              02-CV-6564T

        v.                                 **DECISION**
                                                    **and ORDER**
AGFA-GEVAERT N.V. and AGFA CORP.,

                     Defendants.
_____

     On April 20, 2006, Special Master Leif R. Sigmond, Jr. issued three separate Reports and Recommendations in this action. Neither party has filed objections to Reports One and Three, and accordingly, the parties have waived their rights to de novo review of those Reports. See, e.g. Small v. Secretary of Health and Human Services, 892 F.2d 15 (2nd Cir. 1989)("failure to object timely to a magistrate's report operates as a waiver of any further judicial review of the magistrate's decision").

     I find that with respect to Reports One and Three, the Special Master appropriately determined the issues before him, and because there is no clear error in the Special Master's Reports, I affirm and adopt Special Master Sigmond's Reports numbered One and Three in their entirety.

     ALL OF THE ABOVE IS SO ORDERED.

                                               S/ Michael A. Telesca
                                          _____
                                              Michael A. Telesca
                                       United States District Judge

DATED:    Rochester, New York
            May 26, 2006